UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. MJ26-330 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| JUSTON YOUNG, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Offenses charged:

1. Conspiracy to Commit Burglaries Involving Controlled Substances.

2. Burglary and Attempted Burglary Involving Controlled Substances.

3. Conspiracy to Distribute Controlled Substances.

4. Possession of Controlled Substances with Intent to Distribute.

Date of Detention Hearing:    June 16, 2026.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and based upon the factual findings and statement of reasons for detention hereafter set forth, finds

DETENTION ORDER
PAGE -1

that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant has been charged with a drug offense, the maximum penalty of which is in excess of ten years.   There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2.    Defendant poses a danger to the community based on the nature of the alleged offenses.  It is alleged that Defendant committed burglary to obtain fentanyl, hydrocodone, codeine, and oxycodone for distribution. When Defendant's residence and vehicle were searched nineteen containers of controlled substances were found.  He has a significant criminal history involving convictions for assault and residential burglary.   He does not contest detention at this time.

3.    There does not appear to be any condition or combination of conditions that will assure Defendant's appearance and address the danger to other persons or the community. It is therefore ORDERED:

1.  Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2.  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3.  On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a

DETENTION ORDER
PAGE -2

court proceeding; and

4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 17th Day of June, 2026.

S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3